Vera Bennett, as Administratrix of the Estate of John Bennett, Deceased, Appellant, *v.* New York and Queens Electric Light and Power Company, Respondent.

Submitted July 19, 1945; decided July 19, 1945.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 334.]

Warner D. Orvis et al., Co-partners Doing Business as Orvis Brothers & Company, Appellants, *v.* Elliott V. Bell, Superintendent of Banks of the State of New York, as Liquidator of the New York Branch of Mitsui Bank, Ltd., Respondent.

Submitted July 19, 1945; decided July 19, 1945.

Motion by appellants to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 844.]

Charles L. Feltman et al., Appellants, *v.* John G. Ward et al., Respondents.

Submitted October 1, 1945; decided October 2, 1945.

*Harry Roter* for motion.
*Howard F. R. Mulligan* opposed.

Motion denied without prejudice to any future application for the same relief.